NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID RAY BAYS,                        )
                                       )
        Appellant,                     )
                                       )
v.                                     )     Case No. 2D17-1203
                                       )
STATE OF FLORIDA,                      )
                                       )
        Appellee.                      )
                                       )
_____)

Opinion filed March 21, 2018.

Appeal from the Circuit Court for Pasco
County; Philippe Matthey, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


        Affirmed.


SILBERMAN, CRENSHAW, and SLEET, JJ., Concur.